UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HOWARD W. LITTELL,

      Plaintiff,

v.                      CASE NO:   8:11-cv-1276-T-33AEP

STATE OF FLORIDA, ET AL.,

      Defendants.
_____/

**ORDER**

    This cause comes before the Court pursuant to Plaintiff's construed Letter Motion for Entry of Clerk's Default (Doc. # 10), filed September 21, 2011. The construed Motion is denied.

    The Court entered an Order on August 1, 2011, advising Plaintiff of his responsibility to serve Defendants in accordance with Federal Rule of Civil Procedure 4. (Doc. # 4). On August 10, 2011, Plaintiff responded with a Certificate of Service stating that he served all Defendants via Certified U.S. Mail on July 13, 2011. (Doc. # 5). On August 30, 2011, the Court entered an Order advising Plaintiff to perfect service as prescribed by the applicable Federal Rules of Civil Procedure or Florida statutes. (Doc. # 8).

    To date, the Court has not received notice that Defendants have been properly served. Therefore, Plaintiff's construed Motion for Entry of Clerk's Default is denied.

Plaintiff is directed to perfect service as prescribed by the applicable Federal Rules of Civil Procedure or Florida statutes on or before October 7, 2011. Failure to do so may result in dismissal of this action without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

Plaintiff's construed Letter Motion for Entry of Clerk's Default (Doc. # 10) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of September, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record

2